UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYANDOTTE PROFESSIONAL
BUILDING, LLC,

           Plaintiff,           No. 12-10740

vs.           Hon. Gerald E. Rosen

KEYBANK, N.A.,

           Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint, in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

           s/Gerald E. Rosen
           Chief Judge, United States District Court

Dated: September 30, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2013, by electronic and/or ordinary mail.

           s/Julie Owens
           Case Manager, (313) 234-5135